IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRENTFORD TAYLOR,**

    Petitioner,

  vs.                                          Civil Action 2:14-cv-1368
                                                      Judge Marbley
                                                      Magistrate Judge King

**WARDEN, CORRECTIONAL RECEPTION CENTER,**

    Respondent.

<u>**ORDER**</u>

    This is an action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 9, 2015, the United States Magistrate Judge recommended that the action be dismissed as either unexhausted or without merit. *Report and Recommendation*, ECF 14. Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

    The *Report and Recommendation*, ECF 14, is **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED.** The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

    Moreover, and for the reasons stated in the *Report and Recommendation*, the Court **DECLINES** to issue a certificate of appealability.

                                                              s/Algenon L. Marbley
                                                                 Algenon L. Marbley
                                                         United States District Judge